UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRANDELL ESTERS,

Petitioner,

v.

CASE NO. 06-CV-12020
HONORABLE DENISE PAGE HOOD

JAN TROMBLEY,

Respondent.
_________________________________/

**ORDER COMPELLING PRODUCTION OF STATE COURT RECORD**

Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court ordered Respondent to file an answer to the petition in accordance with Rule 5 of the Rules Governing Section 2254 Cases. Rule 5 requires that, as part of its answer, Respondent file a copy of any prior decisions, pleadings, briefs and/or transcripts needed to adjudicate the issues presented.

Upon review of the Rule 5 materials filed by Respondent, the Court has discovered that two necessary state court records are missing – a copy of the June 3, 2002 *Walker* hearing and a copy of the 4th day of the trial on June 11, 2002. The Court finds that those records are necessary for the proper adjudication of this matter. Accordingly, the Court **ORDERS** Respondent to produce the missing records within **14 DAYS** of the date of this order.

s/ R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

DATED: February 11, 2008

SERVICE PROCESSED
2/11/08
s/EWilliams