UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRANDELL ESTERS,

Petitioner,

v.

CASE NO. 06-CV-12020
HONORABLE DENISE PAGE HOOD

JAN TROMBLEY,

Respondent.
_________________________________/

**SECOND ORDER COMPELLING PRODUCTION OF STATE COURT RECORD**

Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court ordered Respondent to file an answer to the petition in accordance with Rule 5 of the Rules Governing Section 2254 Cases. Rule 5 requires that, as part of its answer, Respondent file a copy of any prior decisions, pleadings, briefs and/or transcripts needed to adjudicate the issues presented.

Upon review of the Rule 5 materials filed by Respondent, the Court discovered that two necessary state court records are missing – a copy of the June 3, 2002 *Walker* hearing and a copy of the 4th day of the trial on June 11, 2002. On February 11, 2008, the Court ordered Respondent to file those materials within 14 days. Respondent has failed to comply with the Court's order. Accordingly, the Court **ORDERS** Respondent to produce the missing records within **7 DAYS** of the filing date of this order. Failure to comply with this order, may result in sanctions.

s/ R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

DATED: March 13, 2008

Processed 3/13/2008
s/EWilliams