UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRANDELL ESTERS,
Petitioner,

v.

CASE NO. 06-CV-12020
HONORABLE DENISE PAGE HOOD

JAN TROMBLEY,
Respondent.
_______________________________/

# ORDER TO SHOW CAUSE

Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court ordered Respondent to file an answer to the petition in accordance with Rule 5 of the Rules Governing Section 2254 Cases. Rule 5 requires that, as part of its answer, Respondent file a copy of any prior decisions, pleadings, briefs and/or transcripts needed to adjudicate the issues.

Upon review of the Rule 5 materials filed by Respondent, the Court discovered that two necessary state court records are missing – a copy of the June 3, 2002 *Walker* hearing and a copy of the 4th day of the trial on June 11, 2002. On February 11, 2008 and March 13, 2008, orders were issued requiring Respondent to file those materials within 14 days and 7 days respectively. Respondent has not complied with the orders. Accordingly, the Court **ORDERS** Respondent to show cause, ***in writing,*** within **14 DAYS** of the date of this Order why Respondent should not be held in contempt of court for failing to produce the missing materials.

**SO ORDERED**.

S/Denise Page Hood
Denise Page Hood
United States District Judge

Dated: April 16, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record and Trandell Esters, No. 368099, Saginaw Correctional Facility, 9625 Pierce Rd. Freeland, MI 48623 on April 16, 2008, by electronic and/or ordinary mail.

S/William F. Lewis
Case Manager