UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRANDELL ESTERS,

Petitioner,

v.

JAN TROMBLEY,

Respondent.

CASE NO. 06-CV-12020
HONORABLE DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

**Answer to Order to Show Cause**

The Court should not hold Respondent in contempt of court. Respondent did not ignore this Court's various orders requiring the production of the two missing transcripts but had been working diligently to locate and produce the missing transcripts.

When Respondent filed its original Rule 5 submission on December 22, 2006, it included all the transcripts that were provided to it by the trial court. From February 2008, to date, following this Court's first order to produce the missing transcripts, Respondent has had two secretaries make numerous inquires with the trial court and prosecutor's office to locate the documents. At one point, in March of 2008, one secretary made at least two calls every day for over one week in an effort to obtain the records from the trial court, to no avail.

The division head secretary became involved in the beginning of April of 2008, in attempting to obtain the transcripts, but it was not until after this Court's April 16, 2008 order, when the Assistant-in-Charge of the Appellate Division himself contacted an administrator at the trial court, that the trial court finally produced the requested transcripts. Respondent simply has little control over the Wayne Circuit Court Clerk's office. Respondent diligently attempted to obtain the missing records, and prays that this Court will not hold it in contempt.

**Conclusion**

Respondent requests that the Court not hold it in contempt of Court.

Respectfully submitted,

Michael A. Cox
Attorney General

s/Brad H. Beaver

Assistant Attorney General
Appellate Division
P.O. Box 30217
Lansing, MI 48913
(517) 373-4875
beaverb@michigan.gov
P48649

Dated: April 28, 2008
2006022892A/Trandell Answer to Show Cause

**Certificate of Service**

I hereby certify that on April 28, 2008 , I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

HONORABLE DENISE PAGE HOOD

and I hereby certify that Meagan R. Touhey has mailed by United States Postal Service the papers to the following non-ECF participant

TRANDELL ESTERS #368099
SAGINAW CORRECTIONAL FACILITY
9625 PIERCE ROAD
FREELAND MI 48623

MICHAEL A. COX
Attorney General

s/ Brad H. Beaver

Assistant Attorney General
Appellate Division
P.O. Box 30217
Lansing, MI 48909
(517) 373-4875
beaverb@michigan.gov
P48649