UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRANDELL ESTERS,

Petitioner,

v.

CASE NO. 06-CV-12020
HONORABLE DENISE PAGE HOOD

JAN TROMBLEY,

Respondent.
_______________________________________/

# JUDGMENT

The above-entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Denise Page Hood, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

S/Denise Page Hood
Denise Page Hood
United States District Judge

Dated: September 30, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 30, 2008, by electronic and/or ordinary mail.

S/William F. Lewis
Case Manager