2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
OCT 27 2008
CLERK'S OFFICE
DETROIT

| | | |
|---|---|---|
| TRANDELL ESTERS<br><br>Petitioner,<br><br>-V-<br><br>Warden: Rappeleje<br><br>Respondent, / | ) | File No.<br>06-CV-12020<br><br>U.S. District Judge<br>Hon. Denise Page Hood<br><br>U.S. Magistrate Judge<br>Hon. Steven D. Pete |

* **NOTICE OF APPEAL** *

Notice is hearby given that I Trandell Esters, plaintiff in the above named case, do hereby appeal to the United States Court of Appeals for the Sixth Circuit, from the final judgment enter in this action on the 30th day of September, 2008.

Date: 10-24- ,2008

Respectfully submitted,

Trandell Esters

Trandell Esters
Acting in Pro-Per
Saginaw Correctional Facility
9625 Pierce Rd.
Freeland, Michigan 48623

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
OCT 27 2008
CLERK'S OFFICE
DETROIT

| | |
|---|---|
| TRANDELL ESTERS, Petitioner, | File No. 06-CV-12020 |
| -V- | U.S. District Judge Hon. Denise Page Hood |
| WARDEN: RAPPELEJE, Respondent, / | U.S. Magistrate Judge Hon. Steven D. Pete |

* **PROOF OF SERVICE** *

State of Michigan)
§§
County of Saginaw)

I, Trandell Esters, being first duly sworn, subscribe and state that on this 24 day of Oct, 2008, I served unto;

Mr. Michael C. Cox
Attorney General State of Michigan
C/O U.S. District Court Clerk
Criminal Appellate Division
P.O. Box 30217
Lansing, Michigan 48909

A copy of Petitioners "Fed.R.Civ.P. Rule 4(a)(1) Notice of Appeal" by mailing the same to them in a sealed envelope, addressed with postage fully prepaid theron and by depositing the same in the United States Mail in Freeland, Michigan 48623.

Respectfully submitted,

Trandell Esters (signature)

Trandell Esters

Amy S Best (signature)
AMY S. BEST
NOTARY PUBLIC, STATE OF MI
COUNTY OF GRATIOT
MY COMMISSION EXPIRES Sep 5, 2011
ACTING IN COUNTY OF Saginaw

10-24-08