UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRANDELL ESTERS,

Petitioner,

v.

CASE NO. 06-CV-12020
HONORABLE DENISE PAGE HOOD

JAN TROMBLEY,

Respondent.
_________________________________/

**ORDER DENYING PETITIONER'S MOTION FOR A CERTIFICATE OF APPEALABILITY**

Petitioner has filed a motion for a certificate of appealability concerning this Court's denial of his petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner seeks to appeal the Court's rulings on his involuntary confession, insufficient evidence, and ineffective assistance of counsel claims. Before Petitioner may appeal this Court's dispositive decision, a certificate of appealability must issue. *See* 28 U.S.C. § 2253(c)(1)(a); Fed. R. App. P. 22(b). The Court must either issue a certificate of appealability indicating which issues satisfy the required showing or provide reasons why such a certificate should not issue. *See* 28 U.S.C. § 2253(c)(3); Fed. R. App. P. 22(b); *In re Certificates of Appealability*, 106 F.3d 1306, 1307 (6th Cir. 1997).

A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When a federal district court rejects a habeas claim on the merits, the substantial showing threshold is met if the petitioner demonstrates that reasonable jurists would find the district court's assessment of the constitutional claim debatable or wrong. *See Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000).

"A petitioner satisfies this standard by demonstrating that . . . jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). In applying this standard, a district court may not conduct a full merits review, but must limit its examination to a threshold inquiry into the underlying merit of the petitioner's claims. *Id*. at 336-37.

For the reasons stated in the Court's opinion and upon further review, the Court concludes that Petitioner has failed to make a substantial showing of the denial of a constitutional right as to his involuntary confession, insufficient evidence, and ineffective assistance of counsel claims. The record indicates that Petitioner's confession was not coerced or otherwise involuntary, *see Withrow v. Williams*, 507 U.S. 680, 693-94 (1993), that there was sufficient evidence to support his conviction, *see Jackson v. Virginia*, 443 U.S. 307, 319 (1979), and that defense counsel was not ineffective, *see Strickland v. Washington*, 466 U.S. 668, 687-94 (1984). Accordingly, the Court **DENIES** Petitioner's motion for a certificate of appealability.

IT IS SO ORDERED.

S/Denise Page Hood
Denise Page Hood
United States District Judge

Dated: November 10, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record and Trandell Esters, Reg. No. 368099, Saginaw Correctional Facility, 9625 Pierce Rd., Freeland, MI 48623 on November 10, 2008, by electronic and/or ordinary mail.

S/William F. Lewis
Case Manager