2

Case No. 08-2421

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

06-12020

TRANDELL ESTERS,

Petitioner - Appellant

v.

JAN TROMBLEY, Warden,

Respondent - Appellee

FILED
DEC - 5 2008
CLERK'S OFFICE
DETROIT

Appellant/Petitioner having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant/petitioner has failed to satisfy the following obligation(s):

The proper fee was not paid by December 2, 2008.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Leonard Green, Clerk

Issued: December 05, 2008

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 05, 2008

Mr. Brad H. Beaver
Office of the Michigan Attorney General
Appellate Division
525 W. Ottawa
P.O. Box 30217
Lansing, MI 48909

Trandell Esters
Saginaw Correctional Facility
9625 Pierce Road
Freeland, MI 48623

Re: Case No. 08-2421 , *Trandell Esters v. Jan Trombley*
Originating Case No. : 06-12020

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Kathryn Kasner
Case Manager
Direct Dial No. 513-564-7014
Fax No. 513-564-7096

cc: Mr. David J. Weaver

Enclosure

No mandate to issue